FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Anthony Barry Hopkins
#1660967
401 E. Eager St.
Baltimore MD 21202

___ FILED    ___ ENTERED
___ LOGGED   ___ RECEIVED

MAY 09 2013

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

(Full name, prison identification number and address of the plaintiff)

v.

Civil Action No. PWG-13-1378
(Leave blank on initial filing to be filled in by Court.)

MTA. OFC. Tavon Jones
Maryland Transit Administration
Police 4701 Mt Hope St
Baltimore MD 21215

(Full name and address of the defendant(s))

## COMPLAINT

I. **Previous lawsuits**

    A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

        YES ☐    NO ☑

    B. If you answered YES, describe that case(s) in the spaces below.

        1. Parties to the other case(s):

            Plaintiff: _____

            Defendant(s): _____

Case Number
11250044

PAGE 6                                         5/3/13

When the officer Tavon Jones had me inside of the Interigation Room I was handcuff and I ask them what was I being detain for and he ignored me so I started screaming and he came in and push me backward and I fell straight hitting my head on the concrete floor and he look at me and started laughing I really feel that is un-professional and I was taken advantage because I am chemically imbalance and have a Disability I really feel took advantage

2. Court (if a federal court name the district; if a state court name the city or county): **DISTRICT BALTIMORE MD**

3. Case No.: **112250044**

4. Date filed: **3/19/13**

5. Name of judge that handled the case: **Emmanuel Brown**

6. Disposition (won, dismissed, still pending, on appeal): **Still pending XN**

7. Date of disposition: **4/10/13**

II. Administrative proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

YES ☑   NO ☐

1. If you answered YES:

    a. What was the result? **They did not answer me**

    b. Did you appeal?

    YES ☐   NO ☑

2. If you answered NO to either of the questions above, explain why: **They never answered my grievence**

III. **Statement of claim**
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

1. I was suppose to be kept seperate from the assailant not only once did we come in contact but twice and the assailant attack me over Central Booking and I beg their officer in command not to move me that I feared for my life and I was attack in medical

IV. **Relief**
(State briefly what you want the Court to do for you.)

I would like to be compensated need therapy for my emotional distress

SIGNED THIS 3 day of MAY, 13.

Anthony B Hopkins
(original signature of plaintiff)

401 E. Eager St
Baltimore MD 21202

(address of plaintiff)